COMMONWEALTH BOND CORPORATION, Respondent, v. MATTHEW RING, Respondent, and MARY J. RING, Appellant.— Appeal dismissed unless appellant shall file and serve the printed records and printed briefs and pay to respondent's attorney ten dollars by October twentieth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of JAMES C. D'APRILE, Attorney and Counselor at Law.— Order entered striking the name of said James C. D'Aprile from the roll of attorneys and counselors at law upon filing certified copy of conviction of grand larceny, second degree, in the County Court of Monroe county. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JULIAN ZDIARSKI and Another, Appellants, v. FRANK ROGOWSKI and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

McGANN MANUFACTURING COMPANY, INCORPORATED, Appellant, v. LITTLE FALLS FIBRE COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, unless defendant shall, within ten days, stipulate to waive the judgment on its counterclaim, in which event the order is modified so as to direct modification of the judgment in accordance with the stipulation and, as so modified, the order is affirmed, without costs of the appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

BUFFALO PORCELAIN ENAMELING CORPORATION, Respondent, v. LONDON ASSURANCE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch Edgcomb, Thompson and Crosby, JJ.

BUFFALO PORCELAIN ENAMELING CORPORATION, Respondent, v. ROYAL ASSURANCE CORPORATION OF LONDON, ENGLAND, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch Edgcomb, Thompson and Crosby, JJ.

BUFFALO PORCELAIN ENAMELING CORPORATION, Respondent, v. VIRGINIA FIRE AND MARINE INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Edgcomb Thompson and Crosby, JJ.

BUFFALO PORCELAIN ENAMELING CORPORATION, Respondent, v. CONNECTICUT FIRE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

BUFFALO PORCELAIN ENAMELING CORPORATION, Respondent, v. NIAGARA FIRE INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.